UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| CHARLES WILLIAMS, M.D., et al., | ) | 2:09-CV-00554-PMP-PAL |
| Plaintiffs, | ) | |
| vs. | ) | **ORDER** |
| UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, et al., | ) | |
| Defendants. | ) | |

The Court having read and considered Plaintiff Charles Williams, M.D.'s fully briefed Motion to Strike Defendant's Amendment to Pretrial Order (Doc. #130), filed on September 2, 2010, and good cause appearing,

**IT IS ORDERED that** Plaintiff Charles Williams, M.D.'s Motion to Strike Defendant's Amendment to Pretrial Order (Doc. #130) is **DENIED**.

DATED: October 12, 2010.

_____
PHILIP M. PRO
United States District Judge