UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| CHARLES WILLIAMS, M.D., et al., | ) | 2:09-CV-00554-PMP-PAL |
| Plaintiffs, | ) | |
| vs. | ) | **ORDER** |
| UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, et al., | ) | |
| Defendants. | ) | |

Before the Court for consideration is Plaintiff Charles Williams, M.D.'s Motion in Limine (Doc. #126), filed on August 27, 2010, which seeks to preclude Defendants' from offering at trial evidence relating to the quality of medical care rendered by Plaintiff Charles Williams, M.D., and to preclude the testimony of Defendants' expert witness Dr. Della Lin, to the extent she would be offered by Defendants to provide testimony on the subject of quality of medical care issues. Having read and considered Plaintiff's Motion, Defendants' Response in Opposition thereto (Doc. #134) and Plaintiff's Reply (Doc. #137), the Court finds that Plaintiff's Motion in Limine (Doc. #126) must be **DENIED**.

**IT IS SO ORDERED**.

DATED: October 12, 2010.

_____
PHILIP M. PRO
United States District Judge