UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| CHARLES WILLIAMS, M.D., et al., | ) | 2:09-CV-00554-PMP-PAL |
| Plaintiffs, | ) | |
| vs. | ) | **ORDER** |
| UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, et al., | ) | |
| Defendants. | ) | |

**IT IS ORDERED**

Defendants' Motions for Leave to File Reply Memoranda with respect to the pending Motions in Limine (Doc. #170, #171, #172, and #174) are **GRANTED** and Defendants shall have to and including **March 7, 2011**, within which to file reply memoranda with respect to each of the four pending Motions in Limine.

DATED:  February 24, 2011.

PHILIP M. PRO
United States District Judge