UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| CHARLES WILLIAMS, M.D., et al., | ) | 2:09-CV-00554-PMP-PAL |
| Plaintiffs, | ) | |
| vs. | ) | **ORDER** |
| UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, et al., | ) | |
| Defendants. | ) | |

Before the Court for consideration is Plaintiff's fully briefed Motion for Interim Attorneys Fees Pursuant to 42 U.S.C. § 1988 Against Defendants Medical Staff and Ellerton (Doc. #153), and finding that Plaintiff is not entitled to an award of interim fees under U.S.C. § 1988, and good cause appearing,

**IT IS ORDERED that** Plaintiff Charles Williams, M.D.'s Motion for Interim Attorneys Fees Pursuant to 42 U.S.C. § 1988 Against Defendants Medical Staff and Ellerton (Doc. #153) is **DENIED**.

DATED: February 24, 2011.

PHILIP M. PRO
United States District Judge