UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS, NEVADA

CHARLES WILLIAMS, M.D.,      )
                            )
     Plaintiff,             )
                            )
vs.                         )          2:09-CV-554-PMP-PAL
                            )
UNIVERSITY MEDICAL CENTER    )          MINUTES OF THE COURT
OF SOUTHERN NEVADA, et al.  )
                            )
     Defendants.            )          DATED: May 23, 2011

PRESENT: THE HONORABLE PHILIP M. PRO, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: Donna Sherwood      RECORDER: Joan Quiros

COUNSEL FOR PLAINTIFF: Jacob Hafter, Michael K. Naethe

COUNSEL FOR DEFENDANTS: Lynn M. Hansen, Amanda Brookhyser,
                        Scott R. Cook

PROCEEDINGS: **JURY TRIAL (DAY 6)**

8:00 a.m. Court convenes outside the presence of the jury.

The Court and counsel confer on evidentiary issues.

8:06 a.m. Court convenes in the presence of the jury. All parties present.

**GARY SHEN, M.D.,** called on behalf of the Defendants, is sworn and testifies on direct examination by Ms. Hansen, cross examination by Mr. Hafter, redirect examination by Ms. Hansen and recross examination by Mr. Hafter, then is excused. **Pages 105 and 1877 of Defendant's Exhibit 550 marked and admitted in evidence. Plaintiff's Exhibits 116 and 117 are marked and admitted in evidence.**

Jury admonished and excused.

The Court and counsel confer on Defendants' Exhibit 550 and other evidentiary issues.

10:15 a.m. Court stands at recess.

**2:09-CV-554-PMP-PAL**
**5/23/2011**
**Page 2**

10:30 a.m. Court reconvenes in the presence of the jury.  All parties present.

**DIANE LIEBRADER, RN,** called on behalf of the Defendants, is sworn and testifies on direct examination by Ms. Hansen, cross examination by Mr. Hafter, redirect examination by Ms. Hansen and recross examination by Mr. Hafter, then is excused.

**JERI ANN DAY, RN,** called on behalf of the Defendants, is sworn and testifies on direct examination by Ms. Brookhyser, cross examination by Mr. Hafter, redirect examination by Ms. Brookhyser and recross examination by Mr. Hafter, then is excused.

Jury admonished and excused.

12:00 p.m. Court stands at recess.

1:00 p.m. Court reconvenes in the presence of the jury.  All parties present.

**JAY COATES, M.D,** called on behalf of the Defendants, is sworn and testifies on direct examination by Ms. Hansen and cross examination by Mr. Hafter, then is excused.

**WILLIAM DOLAN, RN,** called on behalf of the Defendants, is sworn and testifies on direct examination by Ms. Hansen, cross examination by Mr. Hafter, redirect examination by Ms. Hansen and recross examination by Mr. Hafter, then is excused.

**GEORGE KAISER, M.D.,** called on behalf of the Defendants, is sworn and testifies on direct examination by Ms. Hansen.

2:20 p.m. Jury admonished and excused.  Court stands at recess.

2:35 p.m. Court reconvenes in the presence of the jury.  All parties present.

**GEORGE KAISER, M.D,** having previously been sworn, resumes the stand and testifies further on cross examination by Mr. Hafter, redirect examination by Ms. Hansen and recross examination by Mr. Hafter, then is excused.

**2:09-CV-554-PMP-PAL**
**5/12/2022**
**Page 3**

---

3:40 p.m. Jury admonished and excused.

**IT IS ORDERED** Defendants' Emergency Motion for Leave to view any information that may be presented to the jury during plaintiff's closing argument [239] and Plaintiff's request for Judicial Notice [240] are denied as stated on the record.

4:10 p.m. Court adjourns.

<div style="margin-left: 40%;">

LANCE S. WILSON, CLERK
By:
_____/s/_____
Donna Sherwood, Deputy Clerk

</div>