UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CHARLES WILLIAMS, M.D., <br><br> Plaintiff, <br><br> v. <br><br> UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA; JOHN ELLERTON, M.D.; BOARD OF TRUSTEES OF UMC; RORY REID; STEVE SISOLAK; TOM COLLINS; LARRY BROWN; LAWRENCE WEEKLY; CHRIS GIUNCHIGLIANI; SUSAN BRAGER; and MEDICAL AND DENTAL STAFF OF THE UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, <br><br> Defendants. | 2:09-CV-00554-PMP-PAL <br><br> **JUDGMENT** |

On May 27, 2011, this Court entered an Order (Doc. #261) approving the parties' stipulation (Doc. #259) concerning the non-economic components of the parties' stipulated agreement. The parties stipulated, prior to the jury's verdict, that Plaintiff Charles Williams, M.D. would recover a minimum of $1.5 million and a maximum of $6.5 million, or the amount of the jury verdict if it fell between $1.5 and $6.5 million. Additionally, the parties stipulated that Plaintiff would waive any right to recover punitive damages, that both sides would waive all rights to appeal, and that Defendants would pay the judgment within fourteen (14) days of entry by the Court.

Judgment is hereby entered in favor of Plaintiff Charles Williams, M.D. and against Defendants in the amount of $6.5 million dollars pursuant to the parties'

stipulation which was memorialized on the record before the jury returned its verdict. The Judgment includes taxable costs, attorney's fees, and prejudgment interest. The Judgment also includes post judgment interest, provided the Judgment is paid within fourteen (14) days of entry of the Judgment by the Court.

**IT IS SO ORDERED.**

DATED: June 6, 2011

_____
PHILIP M. PRO
United States District Judge